**Order entered February 19, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00263-CR

**CLEAVEN WADE III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83322-2015**

## ORDER

We **REINSTATE** this appeal.

The reporter's record, originally due <u>April 21, 2019</u>, has been filed. Appellant's brief is due **March 20, 2020**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Indu Bailey, official court reporter, 219th Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
         JUSTICE